## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHECKERS DRIVE-IN RESTAURANTS,
INC.,

    Plaintiff,

v.                                                    Case No.  8:11-cv-1922-T-30TBM

SOUTHERN ENTERPRISE LLC, a Florida
limited liability company; and JOSEPH R.
KUCEJ, JR., an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #13).  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 23, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2011\11-cv-1922.dismiss 13.wpd