UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHECKERS DRIVE-IN RESTAURANTS,
INC.,

    Plaintiff,

v.                                                     Case No. 8:11-cv-1922-T-30TBM

SOUTHERN ENTERPRISE LLC, a Florida
limited liability company; and JOSEPH R.
KUCEJ, JR., an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-1922.dismiss 13.wpd